# EXHIBIT 1

# EXHIBIT 1

SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| ZAY SHUMLICH, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANK, N.A.,<br><br>        Defendant. | No. 24-2-21681-2 SEA<br><br>COMPLAINT |

COMES NOW the Plaintiff, Zay Shumlich, by and through his attorneys, and alleges as follows:

### I.    PARTIES

1. Plaintiff Zay Shumlich is a permanent resident of the State of Washington.

2. Defendant U.S. Bank does business in the State of Washington and is headquartered in Minneapolis, Minnesota.

### II.    JURISDICTION and VENUE

3. All actions occurred within King County, Washington. Venue is appropriate in the Seattle District as Plaintiff's work location was in Bellevue,

COMPLAINT - 1

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618

1 | Washington

### III. FACTUAL BACKGROUND

4. Plaintiff began working for U.S. Bank on May 8, 20218 as a Mortgage Loan Assistant, assigned to support a Mortgage Loan Originator.

5. Plaintiff applied for, and was approved to take, a leave of absence due to her pregnancy and birth of her child.

6. While she was on leave, Plaintiff was informed that her position was "eliminated" and she was laid off from work.

7. U.S. Bank has alleged that Plaintiff's position was eliminated because the Mortgage Loan Originator she supported told U.S. Bank that he was going to enter "semi-retirement." U.S. Bank claims that this necessitated Plaintiff to be terminated.

8. Upon information and belief, Plaintiff's position continued despite the MLO's plan to enter "semi-retirement'.

9. Other Mortgage Loan Assistants with lower production and less seniority were retained.

10. U.S. Bank did not return Plaintiff to work in her former position or any other position.

11. As a proximate cause of such conduct by Defendant, Plaintiff has suffered injuries and damages including past and future economic loss, pain and suffering, emotional distress, loss in quality of life, and other general compensatory damages in an amount to be proven at trial.

### V. FIRST CAUSE OF ACTION:
### WASHINGTON'S LAW AGAINST DISCRIMINATION

12. Plaintiff realleges and incorporates herein all the allegations of paragraphs 1 through 11.

COMPLAINT - 2

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618

13. Defendant's above-described actions toward Plaintiff interfered with her rights under the Washington's Law Against Discrimination, RCW 49.60 et seq

### VI. SECOND CAUSE OF ACTION: WASHINGTON FAMILY LEAVE ACT

14. Plaintiff realleges and incorporates herein all the allegations of paragraphs 1 through 13.

15. Defendant's above-described actions toward Plaintiff interfered with her rights under Washington's Family Leave Act, RCW 50A.40. et seq.

### VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A. Award and entry of judgment in favor of Plaintiff against Defendant, for actual damages, including past and future compensatory, economic and non-economic damages, general and emotional distress damages proximately caused by the wrongful conduct in violation of RCW 49.60.030;

B. Award Actual and liquidated damages pursuant to the WFLA, RCW 50A.40.030.

C. Award and entry of injunctive relief prohibiting Defendant from engaging in discriminatory and retaliatory practices and requiring Defendant to undertake training and other efforts to eradicate unlawful action in its workforce.

D. Attorney's fees and costs pursuant to RCW 49.60.030 and RCW 50A.40.040;

E. For such other and further relief as the Court deems just and equitable.

DATED: this 23rd day of September, 2024:

BEAN LAW GROUP

*s/Matthew J. Bean*
Matthew J. Bean, WSBA # 23221
Jason W. Preston, WSBA # 61451
*Attorneys for Plaintiff*

COMPLAINT - 3

BEAN LAW GROUP
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618