The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ZAY SHUMLICH, an individual,

    Plaintiff,

v.

U.S. BANK, N.A.,

    Defendant.

Case No. 2:24-cv-01681-MJP

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING DEADLINES BY TWO WEEKS

NOTE ON MOTION CALENDAR:
December 17, 2024

This Court having reviewed the parties' Stipulated Motion to Continue Initial Scheduling Deadlines hereby orders as follows:

1. The Parties' Motion to Stay Initial Scheduling Deadlines is **GRANTED**.

2. The Initial Scheduling Order deadlines shall be modified as follows:

| Event | Current Date | *Proposed Date* |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/17/2024 | *1/2/2025* |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 12/24/2024 | *1/9/2025* |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/31/2024 | *1/16/2025* |

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO STAY INITIAL SCHEDULING DATES - 1
Case No. 2:24-cv-01681-MJP

Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

**IT IS SO ORDERED.**

Date: December 18, 2024

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

*Presented by:*

s/ *Alyesha Asghar Dotson*
Alyesha Asghar Dotson, WSBA #55122
aasghar@littler.com
Natasha Mishra, WSBA #62306
NMishra@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

*Attorneys for Defendant*
*U.S. BANK, N.A.*

*Approved as to form and content;*
*Notice of Presentation Waived:*

s/ *Matthew J. Bean*
*(via email authorization)*
Matthew J. Bean, WSBA #23221
Jason W. Preston, WSBA #61451
Bean Law Group
2200 Sixth Ave, Suite 500
Seattle, WA 98121-1844
Tel: 206.522.0618
Fax: 206.524.3751
Email: matt@beanlawgroup.com
Email: jason@beanlawgroup.com

*Attorneys for Plaintiff*
*Zay Shumlich*

[PROPOSED] ORDER GRANTING STIPULATED MOTION - 2
Case No. 2:24-CV-01681-MJP

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300