The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ZAY SHUMLICH, an individual,

    Plaintiff,

v.

U.S. BANK, N.A.,

    Defendant.

Case No. 2:24-cv-01681-MJP

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL DISCLOSURES DEADLINE BY ONE WEEK**

NOTE ON MOTION CALENDAR:
January 2, 2025

This Court having reviewed the Parties' Stipulated Motion to Continue Initial Disclosures Deadline by One-Week ("Stipulated Motion"), finds there is good cause to grant the Parties' Stipulated Motion and hereby ORDERS as follows:

1. The Parties' Stipulated Motion is GRANTED.

2. The deadline for the Parties to submit Initial Disclosures shall be continued by one-week from January 9, 2025, to January 16, 2025.

IT IS SO ORDERED.

Dated January 3, 2025

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO CONTINUE INITIAL DISCLOSURES DEADLINE - 1
Case No. 2:24-cv-01681-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300