UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAY SHUMLICH, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. BANK, N.A.,<br><br>                    Defendant. | CASE NO. 2:24-cv-01681-MJP<br><br>ORDER FOR ADDITIONAL BRIEFING |

This Matter comes before the Court on the Parties' Stipulated Motion for Protective Order and FRE 502(d) and (e) Clawback Agreement. (Dkt. No. 27.) The Proposed Protective Order includes significant revisions to the Western District of Washington's Model Order, which the Parties have attached in redline as per Local Civil Rule 26(c)(2). Before accepting such wholesale changes, the Court requires the Parties to explain why the proposed deviations from the Model Order are necessary for this case.

ORDER FOR ADDITIONAL BRIEFING - 1

Accordingly, within 7 days of this Order, the Parties are ORDERED to file a joint supplemental briefing which explains why the proposed changes to the Model Order are needed in this matter. The brief must be no longer than 1,200 words.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 11, 2025.

Marsha J. Pechman
United States Senior District Judge