The Honorable Tana Lin

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| ZAY SHUMLICH, | Case No. 2:24-cv-01681-TL |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PENDING MOTION FILED OCTOBER 24, 2025** |
| vs. | |
| U.S. BANK, N.A., | NOTE ON MOTION CALENDAR: |
| Defendant. | |

Defendant, U.S. Bank, NA, hereby withdraws its Motion for Summary Judgment so that it may be refiled to comply with the Court's Chambers Procedures. Specifically, to add a Table of Contents/Table of Authorities to the Motion and to file a Certificate of Conferral.

NOTICE OF WITHDRAWAL OF PENDING MOTION FILED OCTOBER 24, 2025 - 1

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET
SUITE 3200
SEATTLE, WASHINGTON 98101.3122
206.623.3300

Dated: October 27, 2025

/s/*Ryan P. Hammond*
Ryan P. Hammond, Bar No. 38888
rhammond@littler.com
Derek Bishop, Bar No. 39363
debishop@littler.com
Scott Beimer, Bar No. 39214
sbeimer@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
Telephone:    206.623.3300
Facsimile:     206.447.6965

*Attorneys for Defendant U.S. BANK, N.A.*

### CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 27, 2025, I electronically filed the foregoing document ***Notice of Withdrawal of Pending Motion filed October 24, 2025,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Plaintiff's Counsel**
Matthew J. Bean, WSBA #23221
Jason W. Preston, WSBA #61451
BEAN LAW GROUP
2200 Sixth Avenue, Suite 500
Seattle, WA 98121
Phone: (206) 522-0618
matt@beanlawgroup.com
jason@beanlawgroup.com

NOTICE OF WITHDRAWAL OF PENDING MOTION FILED OCTOBER 24, 2025 - 2

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET
SUITE 3200
SEATTLE, WASHINGTON 98101.3122
206.623.3300

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct.

Executed on October 27, 2025, at Seattle, Washington.

>/s/ Kristen C. Miller
> Kristen C. Miller
> Attorney Practice Coordinator
> krmiller@littler.com
> **LITTLER MENDELSON, P.C.**

4916-1474-8789.1 / 021035.4189

NOTICE OF WITHDRAWAL OF PENDING MOTION
FILED OCTOBER 24, 2025 - 3

LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET
SUITE 3200
SEATTLE, WASHINGTON 98101.3122
206.623.3300